# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Criminal No.: 19-cr-00468 |
| TAWANNA P. GAINES | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \*

## DEFENDANT'S WITNESSES FOR SENTENCING

Defendant, Tawanna P. Gaines ("Ms. Gaines"), by and through her undersigned counsel, William C. Brennan, Jr., and pursuant to the Expedited Sentencing Order in this case submits the following list of witnesses expected to be called at the sentencing hearing.

**Character Witnesses**:

Ms. Gaines expects to call the following character witnesses at the sentencing hearing. Many of the witnesses will already have submitted letters to the Court and defense counsel may not call of the listed witnesses. It is anticipated that each witness would speak no longer than five minutes. They are:

1. Honorable Michele D. Hotten, Judge, Maryland Court of Appeals.
2. Honorable Gloria G. Lawlah, Senator, Maryland State Senate.
3. Timothy F. Maloney, Esquire, attorney in private practice.
4. Norman Conway, former member of the Maryland House of Delegates.

5. Van T. Mitchell, former Secretary of Health, State of Maryland.

6. John R. Griffin, former general manager, Washington Suburban Sanitary Commission and former Chief of Staff to Maryland Governors.

7. John A. O'Brien, former president Prince George's Hospital Center.

8. Peggy Higgins, LCSW-C, MGA, College Park Youth and Family Services

December 13, 2019 _____/s/_____
William C. Brennan, Jr.
Brennan McKenna & Lawlor, Chtd.
Bar Number: 00465
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
301.474.0044 (telephone number)
301.474.5730 (facsimile number)
wbrennan@brennanmckenna.com

## CERTIFICATES OF SERVICE

I HEREBY CERTIFY that on this 13th day of December, 2019, a copy of the foregoing Defendant's Witnesses for Sentencing was delivered via ECF to the Office of the United States Attorney for the District of Maryland and was sent via email to the United States Probation Officer.



_____/s/_____
William C. Brennan, Jr.